IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LUJIE CHEN, CHENLI LIN, XIA LIN, QING CHEN and BAOZHU WEI,<br>    Plaintiffs,<br><br>        v.<br><br>MASA SUSHI HIBACHI AND BAR PA LLC d/b/a MASA SUSHI HIBACHI AND BAR, ZHENGGUAN CHI and FANNY GUNAWAN,<br>    Defendants. | :<br>:<br>:<br>:  CIVIL ACTION NO. 5:22-cv-05206<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER GRANTING JOINT MOTION
## FOR APPROVAL OF SETTLEMENT AGREEMENT

**AND NOW**, this **30th** day of **September 2024**, upon consideration of the Joint Motion for Approval of Settlement Agreement and for Dismissal filed by Lujie Chen, Chenli Lin, Xia Lin, Qing Chen and Baozhu Wei, and Defendants, Masa Sushi Hibachi and Bar PA LLC, Zhengguan Chi and Fanny Gunawan, and for good cause having been shown, the Court finds that the proposed settlement amount is fair and reasonable.

**ORDERED** that the parties' Motion is **GRANTED**, the proposed settlement agreement is hereby **APPROVED**.

**ORDERED**, pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, that the above action is **DIMISSED** with prejudice, pursuant to agreement of counsel, with each party to bear its own costs and fees.

BY THE COURT:

_Kai N. Scott_
HONORABLE KAI N. SCOTT
**United States District Court Judge**